THIS ORDER IS APPROVED.

Dated: September 8, 2013



*Brenda Moody Whinery*
**Brenda Moody Whinery, Bankruptcy Judge**
_____

UST-27C, 8-95

Stanley J. Kartchner
7090 N. Oracle Rd. #178-204
Tucson, AZ  85704
(520) 742-1210

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 7 |
| TUCKER, JODY J | CASE NO. 12-23884-BMW |
| TUCKER, CANDIDA S | |
| Debtor(s) | ORDER APPROVING PAYMENT OF ADMINISTRATIVE FEES AND EXPENSES |

Stanley J. Kartchner, herein having filed the Trustee's Final Report and Application for Compensation and Reimbursement of Expenses and, if required, due notice thereof having been given:

IT IS ORDERED that the following fees and expenses are approved and shall be paid by the trustee in the following amounts:

| **PAYEE AND EXPLANATION** | | **TOTAL** |
|---|---|---|
| CLERK, U.S. Bankruptcy Court | | $0.00 |
| TRUSTEE, Stanley J. Kartchner | | |
|     Fees Allowed | $1,254.60 | |
|     Expenses Allowed | $48.55 | $1,303.15 |
| UNITED STATES TRUSTEE'S OFFICE | | $0.00 |
| OTHER: Bank Service Fees | | $22.10 |

DATED AND SIGNED ABOVE